UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____

CANADIAN SOLAR INC., CANADIAN SOLAR : 
INTERNATIONAL, LTD., CANADIAN SOLAR : 
MANUFACTURING (LUOYANG) INC., : 
CANADIAN SOLAR MANUFACTURING : 
(CHANGSHU) INC., CANADIAN SOLAR (USA) INC., : 
CSI CELLS CO., LTD., CSI SOLAR POWER : 
(CHINA) INC., CSI SOLAR POWER GROUP CO., : 
LTD., CSI SOLARTRONICS (CHANGSHU) CO., LTD, : 
CSI SOLAR TECHNOLOGIES INC., CSI NEW : Court No. 19-00178
ENERGY HOLDING CO., LTD., CSI-GCL SOLAR : 
MANUFACTURING (YANCHENG) CO., LTD., : 
CHANGSHU TEGU NEW MATERIALS TECHNOLOGY : 
CO., LTD., CHANGSHU TLIAN CO., LTD., AND : 
SUZHOU SANYSOLAR MATERIALS : 
TECHNOLOGY CO., LTD., : 
              :
          Plaintiffs, :
              :
     v.         :
              :
UNITED STATES,       :
              :
          Defendant. :
_____:

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin R. Miller, hereby enters his appearance as principal attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to his attention.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney Genera

    JEANNE E. DAVIDSON
    Director

By: /s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant
September 25, 2019    (212) 264-9241 or 9230