UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

May 13, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:   *Canadian Solar Inc. v. United States*, Consol. Court No. 19-00178

Dear Mr. Toscano:

On May 10, 2021, the Court requested that the United States Department of Commerce (Commerce) electronically file certain documents that are part of the administrative record for the above-referenced case.  Specifically, the Court requested the relevant pages from the record regarding any questions Commerce asked on entered value adjustment.  The certified index for the administrative record was filed with this Court on December 30, 2020.

In accordance with Rule 73.2(b)(3) of the Rules of this Court and the Court's request, I am filing with the Court those documents requested by the Court, which are identified below:

| Item No. | Upload Date | Document Title | Segment | Bar Code |
| --- | --- | --- | --- | --- |
| 26 BPI Releasable | 6/19/2018 | RESPONSE FROM MOWRY & GRIMSON PLLC TO SEC OF COMMERCE PERTAINING TO CANADIAN SOLAR QUESTIONNAIRE III RESPONSE - PART 7 | REV 01/01/2016 - 12/31/2016 | 3719699-07 |
| 27 BPI Releasable | 6/19/2018 | RESPONSE FROM MOWRY & GRIMSON PLLC TO SEC OF COMMERCE PERTAINING TO CANADIAN SOLAR QUESTIONNAIRE III RESPONSE - PART 8 | REV 01/01/2016 - 12/31/2016 | 3719699-08 |
| 68 Public Version | 6/19/2018 | RESPONSE FROM MOWRY & GRIMSON PLLC TO SEC OF COMMERCE PERTAINING TO CANADIAN SOLAR QUESTIONNAIRE III RESPONSE - PART 1 | REV 01/01/2016 - 12/31/2016 | 3719741-01 |

Specifically, the information regarding the entered value adjustment can be found at pages 8-11 of confidential record number 26, and at exhibits 8.1 and 8.2 (pdf page numbers 108-121) of confidential record number 27.  Please note that certain requested documents contain business proprietary information and are identified as such.  I am including the public version of confidential record 26, which is public document 68, where the relevant information can be found at pages 8-11 of volume II (pdf page numbers 425-428).  Because the entirety of the relevant information in confidential record 27 is business proprietary, I am not including the public version of that document.

Mr. Mario Toscano
May 13, 2021
Page 2

If you have any questions regarding this matter, please contact me at (202) 482-1767.

                    Respectfully submitted,

                    /s Paul K. Keith
                    Paul K. Keith
                    Attorney
                    Office of the Chief Counsel
                       for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
May 13, 2021
Page 3

cc:

**Jeffrey Sheldon Grimson**
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015-2052

**Jonathan Michael Freed**
Trade Pacific PLLC
700 Pennslyvania Avenue, SE
Suite 500
Washington, DC 20003

**Andrew Thomas Schutz**
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005

**Richard L.A. Weiner**
Sidley Austin, LLP
1501 K Street, NW.
Washington, DC 20005-1401

**Craig Anderson Lewis**
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW.
Washington, DC 20004

**John Robert Magnus**
Tradewins LLC
1330 Connecticut Avenue, NW.
Washington, DC 20036

**Justin Reinhart Miller**
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278