**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 24**

| | |
|---|---|
| Canadian Solar Inc. et al.<br><br>Plaintiff,<br><br>v.<br><br>United States<br><br>Defendant. | **Consol.Court No.:** 19-00178 |

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules ;
[*insert Product*]

from the People's Republic of China ;
[*insert Country*]

(1) That were: (Add additional lines as needed)

☐ produced by ____________________
[*Company Name*]

☐ exported by ____________________
[*Company Name*]

☐ produced by ____________________ and
[*Company Name*]

exported by ____________________
[*Company Name*]

☐ produced and exported by ____________________
[*Company Name*]

☑ produced and/or exported by (see continuation page)
[*Company Name*]

☐ produced by ____________________ and
[*Company Name*]

imported by ____________________;
[*Company Name*]

(2) That were the subject of the United States Department of Commerce's final determination in Final Results of Countervailing Duty Administrative Review;

2016; 84 Fed. Reg. 45125 (Aug. 28, 2019), as amended 84 Fed. Reg. 68102 ;
[*insert title, volume, page and date of FR Notice*]

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2016 through December 31, 2016 ;
[*Date*] [*Date*]

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: July 30, 2021
New York, New York

/S/ Jane A. Restani
Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)

**Canadian Solar Inc., et. al. v. United States, CIT Consol. Court No 19-00178**

Form 24 – Continuation attachment identifying all Producers/Exporters:

(1) That were:

produced and/or exported by Changzhou Trina Solar Yabang Energy Co., Ltd.;

produced and/or exported by Trina Solar (Changzhou) Science and Technology Co., Ltd.;

produced and/or exported by Changzhou Trina Solar Energy Co., Ltd; and

produced and/or exported by Yancheng Trina Solar Energy Technology Co., Ltd.